UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JING SKY LLC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 1:22-CV-01838 |
| -against- | ) |
| | ) |
| YANNACO MANAGEMENT CORP DBA | ) |
| NATIONAL BUS CHARTERS, and MICH | ) |
| AEL YANNACO | ) |
| | ) |
| Defendants, | ) |
| | ) |

**COMPLAINT**

Plaintiff, Jing Sky LLC, by its attorneys, Blumsack & Canzano, P.C., as and for its complaint against Defendants Yannaco Management Corporation DBA National Bus Charters, and Mike P. Yannaco alleges as follows:

**PARTIES**

1. Plaintiff Jing Sky LLC (the "Jing Sky") is a Massachusetts limited liability company with its principal office at 363-365 N. Main St, Brockton, Massachusetts, 02031. Plaintiff engages in charter bus service.

2. Defendant Yannaco Management Corp DBA National Bus Charters (the "Company") is, upon information and belief, a New York corporation with its principal place of business at 20 Whitaker Place, Staten Island, New York, 10304. Defendant is a United States Government contractor and transports refugees for resettlement.

3. Defendant Michael Yannaco ("Michael") is the Chief Executive Officer of the Company residing in Staten Island, New York, 10304.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction under 28 U.S.C. § 1332 based on diversity of citizenship between Plaintiff and Defendants. This Court has supplemental jurisdiction over all state law claims under 28 U.S.C. § 1367, and under principles of pendent jurisdiction.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## FACTUAL ALLEGATIONS

6. The Company is a government contractor providing refugee transportation services. Jing Sky serves as the subcontractor for the company to provide charter buses, supporting the refugee transportation service.

7. Beginning in late August 2021, the Company ordered charter bus service from Jing Sky to complete its contracts with the government.

8. To order charter bus service, Michael would directly communicate with Jing Sky about the specific rates for each transportation. Michael and Jing Sky reached several oral agreements on conducting the charter bus service for refugee transportation.

9. On August 29, 2021, Jing Sky provided charter bus services for the Company to operate transportation to McGuire Military Base in New Jersey. The total service fee was $14,600, including $14,000 operating bus service fee, $400 hotel expenses and $200 translation expenses.

10. On August 30, 2021, Jing Sky provided charter bus services for the Company to operate transportation to McGuire Military Base in New Jersey. The total service fee was $26,000, including $25,000 operating bus service fee and $1,000 hotel expenses.

11. On August 31, 2021, Jing Sky provided charter bus services for the Company to operate transportation to McGuire Military Base in New Jersey. The total service fee was $26,000, including $25,000 operating bus service fee and $1,000 hotel expenses.

12. On September 1, 2021, Jing Sky provided charter bus services for the Company to operate transportation to airports in Pennsylvania. The total service fee was $24,500, including $17,500 operating bus service fee, $6,000 non-operating bus service fee and $1,000 hotel expenses.

13. On September 2, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $25,500, including $25,000 operating bus service fee and $500 hotel expenses.

14. On September 3, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $25,500, including $25,000 operating service fee and $500 hotel expenses.

15. On September 4, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden and airports in Pennsylvania. The total service fee was $25,500, including $25,000 operating bus service fee and $500 hotel expenses.

16. On September 5, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $23,000, including $12,500 operating bus service fee, $10,000 non-operating bus service fee and $500 hotel expenses.

17. Beginning from September 6, 2021, Jing Sky began to pay for the bus drivers' hotel expenses on its own because the Company no longer agreed to compensate that portion of expenses.

18. On September 6, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $21,000, including $9,000 operating bus service fee and $12,000 non-operating bus service fee.

19. On September 7, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $22,200, including $12,600 operating bus expenses and $9,600 non-operating bus service fee.

20. On September 8, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $24,600, including $19,800 operating bus expenses and $4,800 non-operating bus service fee.

21. On September 9, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $21,000, including $9,000 operating bus service fee and $12,000 non-operating bus service fee.

22. On September 10, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $21,000, including $9,000 operating bus service fee and $12,000 non-operating bus service fee.

23. On September 11, 2021, Jing Sky and Michael agreed on the adjusted rate for the bus service ordered by the Company from September 11, 2021 to September 15, 2021.

24. The agreed rate was $1,500 a day for each operating bus and $800 a day for each non-operating bus in Philadelphia/Camden/Mcquire AFB. The minimum operating hours were 5 hours and should not exceed 14 hours. Transportation service fee to Virginia Quantico/Fort Pickett was $2100 a day for each bus plus hotel expenses.

25. On September 11, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total operating bus service fee was $15,000.

26. On September 12, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total operating bus service fee was $15,000.

27. On September 13, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total operating bus service fee was $15,000.

28. On September 14, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total operating bus service fee was $15,000.

29. On September 15, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total operating bus service fee was $6,000.

30. On September 28, 2021, Jing Sky and Michael agreed on the new adjusted rate for the bus service ordered by the Company from October 4, 2021 to October 7, 2021.

31. The agreed rate was $1,300 a day for each operating bus and $800 a day for each non-operating bus to Philadelphia/Camden/McGuire AFB. The minimum operating hours were 5 hours and should not exceed 12 hours. The transportation service fee to Virginia Quantico was $1,800 a day for each bus. Transportation service fee to Virginia Fort Pickett was $1,900 a day for each bus plus hotel expenses.

32. On October 4, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $13,000.

33. On October 5, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden and airports in Pennsylvania. The total service fee was $13,000.

34. On October 6, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden. The total service fee was $13,000.

35. On October 7, 2021, Jing Sky provided charter bus services for the Company to operate transportation to Camden and Virginia Fort Pickett. The total service fee was $16,600, including $5,200 bus service fee to Camden and $11,400 bus service fee to Virginia Fort Pickett.

36. The Company owed Jing Sky the service fee from August 29, 2021 to September 15, 2021 in total of $366,400.

37. The Company owed Jing Sky the service fee from October 4, 2021 to October 7, 2021 in total of $55,600.

38. Jing Sky received the paycheck from the Company in the amount of $35,950 for the bus service provided from August 29, 2021 to August 30, 2021.

39. Jing Sky received the paycheck from the Company in the amount of $78,270 for the bus service provided from August 31, 2021 to September 3, 2021.

40. Jing Sky received the paycheck from the Company in the amount of $65,500 on September 7, 2021.

41. Jing Sky received the paycheck from the Company in the amount of $112,600 on September 17, 2021.

42. Jing Sky received the paycheck from the Company in the amount of $46,200 on October 2, 2021.

43. Jing Sky requested the Company to pay off the full amount of bus service fee the Company owed for the service provided before October 4, 2021.

44. The Company refused to pay the full amount and threatened Jing Sky that they would cancel the following paycheck if Jing Sky does not accept this payment.

45. Jing Sky received the last paycheck from the Company in the amount of $48,000 for the bus service provided from October 4, 2021 to October 7, 2021 in the amount of $38,000, plus $10,000 owed by the Company for the previous bus service from September 11, 2021 to September 12, 2021.

46. The Company still owed $17,880 for the service from August 29, 2021 to September 15, 2021, and $17,600 for the service from October 4, 2021 to October 7, 2021.

47. After receiving the last paycheck, Jing Sky requested the Company to pay off the full amount of bus service fee the Company owed for the service from October 4, 2021 to October 7, 2021.

48. The Company refused to pay off the full amount of bus service and alleged that the bus drivers hired by Jing Sky did not provide service at all during that period.

## CAUSES OF ACTION
### Count I – Breach of Contract

49. Plaintiff repeats and realleges the allegations contained in all prior paragraphs as if set forth fully herein.

50. Defendants ordered charter bus service from Plaintiff with agreed rates. Plaintiff accepted Defendants' offer and perform service for Defendants' contract with the US government. Valid oral contracts were formed between Plaintiff and Defendants.

51. Plaintiff fully performed under the agreement because they provided charter bus services to the Defendants, per the agreement.

52. Defendant Company was obliged to pay Plaintiff appropriate fees for the use of the buses at the agreed rates.

53. Defendants' failure to pay the full amount of the service fee for the use of Plaintiff's buses constitutes a material breach of contract.

54. As a result of Defendants' breach, Plaintiff suffered damages from not being fully paid for the service provided, which further leads Plaintiff failing to cover its expenses on fulfilling contracts with Defendants.

55. Plaintiff also suffered damages including the bus driver's hotel and travel expenses necessary to perform the contract obligations, relying on the oral agreements with Defendants.

## **Count II – Unjust Enrichment**

56. Plaintiff repeats and realleges the allegations contained in all prior paragraphs as if set forth fully herein.

57. Plaintiffs conferred benefits upon Defendants by providing buses to conduct Defendant Company's contract with the government, namely transporting refugees for the government.

58. Defendants had an appreciation or knowledge of said benefits conferred on it by Plaintiff.

59. Notwithstanding said benefits, Defendants failed to perform fully, timely, and properly as required under the agreement as they refused to confer the full amount of service fee to Plaintiff.

60. Defendants' retention of said benefits without full performance of their contract obligations has unjustly enriched Defendants.

61. Plaintiff was unable to complete contracts with other clients because they cannot obtain the service fee from Defendants to cover the expenses for business opportunities.

62. As a result of Defendants' retention of the said benefits, Plaintiff suffered consequential damages, including reputational damages and loss of business opportunities.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the following relief:

a. Enter Judgment in favor of Plaintiff on Counts I and II of this Complaint and award Plaintiffs monetary damages to be determined at trial but no less than $135,480, in

     combination of the unpaid service fee in amount of $35,480 and the consequential damages suffered in amount of $100,000;

b. Award Plaintiffs other incidental or consequential damages suffered from Defendant's breach of contract and that may be established during trial;

c. Award Plaintiffs reasonable attorney's fees, costs, and interest; and

d. Order such other and further relief as this Court deems just and equitable.

## AFFIDAVIT OF JING HONG SU

I, Jing Hong Su, attest that the foregoing statement of facts and allegations are true and correct to my best knowledge, information and belief.

> Signed under the pains and penalties of perjury,
> /s/ Jing Hong Su
> Jing Hong Su
> Manager of Jing Sky LLC
>
> Respectfully submitted
> By his attorney,
> /s/ Duo Liu
> Duo Liu, Esq.
> New York Bar Number: 5730403
> Blumsack and Canzano, P.C.
> 867 Boylston Street, 5th Floor
> Boston, MA 02116
> Telephone: 857-990-9060
> Email: lduo@mybostonlawfirm.com

Date: April 11st, 2022