UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
NEW YORK
_____X

Jing Sky LLC,

                     Plaintiff,

-against-

Yannaco Management Corp., d/b/a
National Bus Charters, and Michael Yannaco,

                     Defendants,
_____X

**MOTION FOR**
**DEFAULT JUDGMENT**
Civil Action No.: 1:22-CV-01838

Plaintiff, Jing Sky LLC, hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendants, Yannaco Management Corp., d/b/a National Bus Charters and Michael Yannaco, on the grounds that said Defendants failed to answer or otherwise defend against the complaint.

Dated: 11/11/2022

Respectfully submitted
Plaintiff,
By and through Counsel
/s/ Duo Liu
Duo Liu, Esq.
New York Bar Number: 5730403
Blumsack and Canzano, P.C.
867 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 857-990-9060
Email: lduo@mybostonlawfirm.com